**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MYW SEMITECH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 25-504-RGA-EGT<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the September 5, 2025 Scheduling Order (C.A. No. 25-504-RGA-EGT, D.I. 26), Plaintiff MYW Semitech, LLC ("Plaintiff" or "Semitech") and Defendant Apple Inc. ("Defendant" or "Apple"); hereby submit the following Joint Claim Construction Chart (Exhibit 1) for United States Patent Nos. 11,107,768 ("'768 patent"); 11,538,763 ("'763 patent"); and 11,894,306 ("'306 patent") along with a copies of the patent and portions of the intrinsic record relied upon in support of the parties' proposed constructions (Exhibits A-H).

In addition to the materials disclosed in the Joint Claim Chart, each party reserves the right to rely on additional intrinsic evidence to rebut arguments made by the other party during claim construction briefing, any evidence cited by the opposing party, as well as extrinsic evidence and/or expert testimony.

STAMOULIS & WEINBLATT LLC

By: */s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street
Third Floor
Wilmington, DE 19801
Tel: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff MYW Semitech, LLC*

Dated: February 26, 2026
12773579 / 12209.00061

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew M. Moshos (#6685)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
amoshos@potteranderson.com

*Attorneys for Defendant Apple Inc.*

# EXHIBIT 1

## PROPOSED CONSTRUCTIONS OF DISPUTED CLAIM TERMS[1]

| Claim Term (claims at issue in which it appears) | Semitech's Proposed Construction | Semitech's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| "semiconductor chip"<br><br>('768 patent claims 1, 4, 5, 16, 25; '763 patent claims 1, 4, 5, 14; '306 patent claims 10, 13, 14, 17)<br><br>*Apple believes this dispute may be relevant to lack of written description or enablement, and/or non-infringement.* | Plain and ordinary meaning: semiconductor chip<br><br>. | '768 patent (Ex. A), claims 1, 3, 4, 5, 11, 16, 17, 23, 25, 26, 27.<br><br>'768 patent (Ex. A), 1:18-20, 1:29-41, 1:46-2:10, 3:20-37, 3:44-65, 11:39-15:56, 17:66-20:44, 22:24-37, 22:52-26:31, Figs. 9, 12, 13, 14, 15, 16, 17a, and 17b.<br><br>File History of '768 patent (Ex. D):<br>• WO 2013/138452, ¶ 73<br>• 11/05/2020 Applicant Arguments/Remarks Made in an Amendment, p. 22-28<br>• 11/06/2020 Supplemental Amendment, p. 9-10 | Plain and ordinary meaning: "a semiconductor device comprising an IC (integrated circuit)" | '768 patent (Ex. A) at, e.g.: 1:18-20, 1:29-2:10, 3:20-37, 3:44-65, 11:39-15:56, 22:24-37, 22:52-26:31, Figs. 9a-9y, 12-17b, Claims 1, 3-6, 11-13, 16, 17, 18, 21, 23-27.<br><br>'768 Patent File History (Ex. D) at, e.g.:<br>• 11/5/2020 Remarks/Arguments, 22-34<br>• 11/6/2020 Supplemental Amendment, 9-10<br>• 04/26/2021 Notice of Allowance and Notice of Allowability<br>• 5/25/2021 Amendment, 11-14<br>• 6/24/2021 Remarks/Arguments, 10-11 |

[1] The '768 patent shares the same substantive specification with the other patents-in-suit. Therefore citations in this Exhibit to the '768 patent's specification should be understood to reference the same disclosures from the '763 patent and the '306 patent.

Citations to a figure should be understood to also refer to specification disclosures relating to that figure, and vice versa.

| **Claim Term (claims at issue in which it appears)** | **Semitech's Proposed Construction** | **Semitech's Intrinsic Evidence** | **Defendants' Proposed Construction** | **Defendants' Intrinsic Evidence** |
|---|---|---|---|---|
| | | • 04/26/2021 Notice of Allowance and Notice of Allowability<br>• 05/25/2021 Applicant Arguments/Remarks Made in an Amendment, p. 11-14<br>• 06/24/2021 Applicant Arguments/Remarks Made in an Amendment, p. 10-11<br><br>'763 patent (Ex. B), claims 1, 3, 4, 5, 11, 16, 17, 23, 25, 26, 27.<br><br>'763 patent (Ex. B), 22:52-25:29.<br><br>'306 patent (Ex. C), claims 10, 13, 14, 17.<br><br>'306 patent (Ex. C), 22:57-26:47. | | '763 patent (Ex. B) at, e.g.: 22:52-25:29, Claims 1, 3-6, 14, 16, 18, 21<br><br>'306 patent (Ex. C) at, e.g.: 22:57-26:48, Claims 1, 2, 6, 9, 10, 13, 14, 17, 18, 21-27<br><br>U.S. Patent No. 9,615,453 File History (Ex. F) at, e.g., 11/16/2016 Notice of Allowance<br><br>U.S. Patent No. 10,622,310 File History (Ex. G) at, e.g., 3/9/2020 Notice of Allowance<br><br>U.S. Patent Pub. No. 2010/0246152 (Ex. H) at, e.g.: ¶¶ Abstract, 3, 5-7, 10-11, 116, 163, 168, 210, 286, 290-293, 633, 635, 637, 639, 641, 648, 653, 676, 684, 686, 688, 690, 706, 754, 756, 758, 760, 774, 776, 778, 780, 783, 786, 793, 794, 795, 810, 811, 812, 828, 829, 833, 834, 852, 853, 856, 857, 879-881, 892, 893, 895-897, 911, 913, 929, 931-933, 936, 937, 944, 945, 952, 953, 985, 986, 992. |

| Claim Term (claims at issue in which it appears) | Semitech's Proposed Construction | Semitech's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | File History of '306 patent (Ex. E):<br>• 11/08/2023 Amendment, p. 1-2 | | |